O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CR08-553-CAS - 1 |
|---|---|
| Plaintiff, | ) |
| v. | ) **\*AMENDED** FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| GARY MEEKS, | ) |
| Defendant. | ) |

On January 6, 2020, this matter came before the Court on Petition on Probation and Supervised Release originally filed on November 7, 2019. Government counsel, Aaron Frumkin, the defendant and his appointed CJA attorney, Errol Stambler, were present. The U.S. Probation Officer, Wendy Thompson, was also present.

The defendant admitted to the allegations, in violation of his supervised release, as stated in the Petition filed on November 7, 2019. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on September 17, 2010.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, **\*the defendant is continued on supervised release**, under the same terms and conditions previously imposed, with the added condition, as follows:

///

- The defendant shall participate for a period of up to 12 months in a home detention program, without electronic monitoring. Defendant shall comply with the schedule applicable for persons on home detention and observe all rules of such program, as directed by the Probation Officer;
- Defendant shall pay any costs for home detention, unless the Probation Office determines he is unable to pay; and
- Defendant shall continue to voluntarily participate in the STAR Program and upon admission to the STAR Program, defendant shall perform community service as set out under that program.

FILE/DATED:   January 8, 2020

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KIRY K. GRAY
CLERK OF COURT


By:____/S/_____
     Catherine M. Jeang,  Deputy Clerk